No. 02–5541. MILLER v. ABC, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–5542. VALDOVINOS RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5544. LOGSDON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5545. LEWIS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–5546. MAURICE, AKA THOMAS, AKA RAMON, AKA HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5547. FRITZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5550. GREEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5553. NAGY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5554. SOTOMAYOR v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 02–5555. WHITE v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5556. THOMAS v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–5557. STONE v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5558. STANLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5560. PEDERSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5561. COLE v. LABORERS DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE FUND. C. A. 3d Cir. Certiorari denied.